In the Matter of MANUFACTURERS CHEMICAL Co., INC., Respondent, against CASWELL, STRAUSS & Co., INC., Appellant.

Argued February 24, 1942; decided March 5, 1942.

*Paul Moskowitz* for motion.

*Russell C. MacFall* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.